# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KRISTI L. WEST, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV120 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ALEGIS GROUP L.P., et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the stipulation (Filing No. 8) between the parties for an extension of time for the defendants to answer the complaint. The parties have agreed to an extension up to and including July 20, 2005, for the defendants to answer or otherwise respond to the complaint. Upon consideration,

**IT IS ORDERED:**

1. The parties' stipulation (Filing No. 8) is adopted by the court.

2. The defendants shall have to **on or before July 20, 2005**, to answer or otherwise respond to the plaintiff's compliant.

DATED this 6th day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge