# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KRISTI L. WEST,** | ) | |
| | ) | 8:05CV120 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **ALEGIS GROUP, LP, et al,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the notices of withdrawal of Heather R. Baldwin Vlasuk and Eileen M. Bitterman (Filing Nos. 12 and 13) which the court deems as motions to withdraw as counsel for defendant Weltman, Weinberg & Reis Co., L.P.A. Martin P. Pelster has entered an appearance for defendant Wletman, Weinbert & Reis Co., L.P.A. **See** Filing No. 14.

**IT IS ORDERED:**

1. The notices of withdrawal of Heather R. Baldwin Vlasuk and Eileen M. Bitterman (Filing Nos. 12 and 13) which the court deems as motions to withdraw are granted.

2. The Clerk of Court shall stop all electronic notices to Ms. Blasuk and Ms. Bitterman regarding this case.

DATED this 22nd day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge