# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KRISTI L. WEST, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV120 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ALEGIS GROUP, LP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the Joint Motion for Extension on Initial Progression Order (Filing No. 22). The court construes this motion to be requesting an extension of the deadline for filing the Report of Parties' Planning Conference pursuant to Rule 26(f) of the Federal Rules of Civil Procedure. The deadline for the parties' to file their Report with the court was August 29, 2005. **See** Filing No. 21. The parties seek until September 29, 2005, to comply with the meet and confer requirement. Upon consideration,

**IT IS ORDERED:**

1. The Joint Motion for Extension on Initial Progression Order (Filing No. 22) is granted.

2. The parties shall have to **on or before September 29, 2005,** to meet and confer and report to the court pursuant to Rule 26(f).

DATED this 29th day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge