IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KRISTI L. WEST, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV120 |
| | ) | |
| v. | ) | |
| | ) | |
| ALEGIS GROUP, SHERMAN ACQUISITION, SHERMAN ACQUISITION, and WELTMAN, WEINBERG & REIS, | ) ) ) ) | ORDER OF DISMISSAL |
| | ) | |
| Defendants. | ) ) | |

The matter before the court is the parties' joint motion to dismiss this case with prejudice, Filing No. 30.  The court finds that this matter should be dismissed with prejudice.

IT IS THEREFORE ORDERED that, pursuant to Fed. R. Civ. P. 41(a)(1), the plaintiff's cause of action against the defendants is hereby dismissed in its entirety, with prejudice, and with the parties to be responsible for their own costs and attorney fees.

DATED this 10th day of March, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge